■ In the Matter of the Estate of HELEN WERNER, Deceased. JAMES CONNIFF, Respondent; EDWARD DUDEK, Appellant. [945 NYS2d 906]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered July 6, 2011. The order granted the motion of petitioner for summary judgment, dismissed the objections to probate and directed that the last will and testament of decedent, dated July 2, 2009, be admitted to probate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ. [**Prior Case History: 2011 NY Slip Op 52522(U).**]

■ In the Matter of NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Petitioner, v CATHERINE NUGENT PANEPINTO, J.S.C., et al., Respondents. [945 NYS2d 883]—Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 506 [b] [1]) to prohibit enforcement of an order of the Supreme Court, Niagara County, dated December 21, 2011.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 26, 2012,

It is hereby ordered that said proceeding is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ PROVIDENZA M. FRACCOLA, Respondent, v ALAN P. FRACCOLA, Appellant. [945 NYS2d 587]—Appeal from a judgment of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered August 2, 2011 in a divorce action. The judgment, inter alia, equitably distributed the marital property.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.